IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUAN RODRIGUEZ-MORENO,

    Petitioner,

  vs.

STATE OF OREGON,

    Respondent.

O R D E R
Civ. No. 08-493-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on November 15, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28

1 - ORDER

U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 53) and deny petitioner's Petition for writ of habeas corpus and dismiss this case.

IT IS SO ORDERED.

Dated this 5th day of January 2012.

Ann Aiken
United States District Judge

2 - ORDER